**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIE INSURANCE EXCHANGE a/s/o WILLIAM and BARBARA FISHER,<br><br>　Plaintiff,<br><br>　　v.<br><br>MIDEA AMERICA CORPORATION,<br><br>　Defendant. | CIVIL ACTION NO. 3:16-cv-01037<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 22nd day of November, 2016, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (Doc. 10) is **GRANTED.** The Clerk of Court is directed to mark the case as **CLOSED**.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge